**Order entered August 30, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00527-CV

### RODNEY ALSUP, Appellant

### V.

### HICKORY TRAIL HOSPITAL AND ANGELA J. DEVINNEY, LPC, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04020**

## ORDER

The Court has been notified that a petition for bankruptcy has been filed in United States Bankruptcy Court concerning appellant Rodney Alsup. Pursuant to 11 U.S.C. § 362, further action in this cause is automatically stayed. *See* TEX. R. APP. P. 8.2.

Accordingly, for administrative purposes, this cause is **ABATED** and will be treated as a closed case. It may be reinstated on prompt motion by any party showing that the stay has been lifted and specifying what further action, if any, is required from this Court. *See* TEX. R. APP. P. 8.3.

/s/ CRAIG STODDART
   JUSTICE